UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SHIRLEY DAVIS,**
          Plaintiff,

                                                        Civil No.**07-14883**
                                                        Hon. John Feikens

      v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **2/3/2009**, and noted that no objections were filed by either party,

**IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                                                    **s/John Feikens**
                                                    John Feikens
                                                    United States District Judge

Dated:  February 27, 2009

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on February 27, 2009.
>
> s/Carol Cohron
> Deputy Clerk